**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Abel Fierro, | No. CV-22-01851-PHX-JJT (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| Lillian Daoud, et al., | |
| Defendants. | |

The Court has considered Defendants' Motion to Extend Deadlines in the Court's Scheduling Order (Doc. 50). Good cause appearing,

IT IS ORDERED granting Defendants' Motion to Extend Deadlines in the Court's Scheduling Order (Doc. 50).

IT IS FURTHER ORDERED extending deadlines as follows:

| | |
|---|---|
| Initial disclosures | **May 15, 2023** |
| Plaintiff's expert witnesses | **July 12, 2023** |
| Defendants' expert witnesses | **August 11, 2023** |
| All discovery | **September 11, 2023** |
| Joining parties and amending pleadings | **June 14, 2023** |
| Motion to dismiss not dependent on factual record | **June 14, 2023** |
| Dispositive motions | **October 11, 2023** |
| Joint Proposed Pretrial Order | **April 14, 2024** |

The remainder of the Scheduling Order (Doc. 39) is affirmed.

Dated this 17th day of April, 2023.

*/s/ E.S. Willett*
Honorable Eileen S. Willett
United States Magistrate Judge