**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Abel Fierro, <br><br> Plaintiff, <br><br> v. <br><br> Lillian Daoud, et al., <br><br> Defendants. | No. CV-22-01851-PHX-JJT (ESW) <br><br> **ORDER** |

The Court has considered Defendants' Motion for Extension of Dispositive Motion Deadline (Doc. 94).  Good cause appearing,

IT IS ORDERED granting Defendants' Motion for Extension of Dispositive Motion Deadline (Doc. 94).

IT IS FURTHER ORDERED extending the dispositive motion deadline to **November 1, 2023**.

Dated this 28th day of September, 2023.

Honorable Eileen S. Willett
United States Magistrate Judge